MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail:  owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>   ) <br>     v. ) <br>   ) <br> FIDEL REYES DE LA CRUZ, GONZALO ) <br> REYES DE LA CRUZ, ENRIQUE REYES ) <br> DE LA CRUZ, and FRANCISCO REYES ) <br> DE LA CRUZ, ) <br>   ) <br>       Defendants. ) <br>   ) | No. CR 12-0088 LHK <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 4, 2012, THROUGH APRIL 25, 2012, UNDER THE SPEEDY TRIAL ACT |

      The parties came before the Court for a status hearing concerning this matter on February 29, 2012.  At that hearing, the Court set a further status conference for April 4, 2012, and excluded time from Speedy Trial Act calculations from February 29, 2012, through April 4, 2012, for effective preparation of counsel.  The Court found, with the parties' agreement, that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by this exclusion of time outweighed the defendants' and the public's interest in a speedy trial.

      The next status conference in this case is set for April 25, 2012.  Since the parties' last appearance, the United States has provided the defendants with additional discovery, including some discovery that was served on April 4, 2012.  The parties hereby stipulate, and ask the Court

STIP & ORDER RE: S.T.A.
No. CR 12-0088 LHK

to order, that the time from April 4, 2012, through April 25, 2012, should be excluded from Speedy Trial Act calculations for effective preparation of counsel, because the ends of justice served by such an exclusion outweigh the defendants' and the public's interest in a speedy trial.

SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: April 4, 2012

/s/
_____
OWEN P. MARTIKAN
Assistant United States Attorney

STEVEN KALAR
Federal Public Defender

Dated: April 4, 2012

/s/
_____
VARELL L. FULLER
Assistant Federal Public Defender
Attorney for Fidel Reyes de la Cruz

Dated: April 5, 2012

/s/
_____
MICHELLE D. SPENCER
Attorney for Enrique Reyes de la Cruz

Dated: April 5, 2012

/s/
_____
GRAHAM E. ARCHER
Attorney for Gonzalo Reyes de la Cruz

Dated: April 5, 2012

/s/
_____
JAMES MCNAIR THOMPSON
Attorney for Francisco Reyes de la Cruz

STIP & ORDER RE: S.T.A.
No. CR 12-0088 LHK

**1** [~~PROPOSED~~] ORDER

**2**   Per the parties' stipulation, and for effective preparation of defense counsel, the Court
**3** orders that the time period from April 4, 2012, through April 25, 2012, shall be excluded from
**4** calculations under the Speedy Trial Act.  The Court further finds that the ends of justice served
**5** by granting such an exclusion outweigh the defendants' best interest and the public's interest in a
**6** speedy trial.

**7**   SO ORDERED.

**8** Dated:  4/6/12

_____
HON. LUCY H. KOH
United States District Judge

STIP & ORDER RE: S.T.A.
No. CR 12-0088 LHK