MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Enrique Reyes De la Cruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>FIDEL REYES DE LA CRUZ, et al.,<br><br><br>Defendants. | CASE NO:  CR12-0088 LHK<br><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO OCTOBER 24, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Gonzalo Reyes De La Cruz, Enrique Reyes De La Cruz, and Francisco Reyes De La Cruz, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for September 26, 2012, be continued to October 24, 2012 at 9:00 a.m. for further status.

- 1 -

Stipulation and [Proposed] Order Continuing Hearing

Defense counsel require additional time to conduct further case review and investigation. Additionally, they require additional time to confer with their respective clients.

IT IS SO STIPULATED.

Dated:  September 25, 2012              _____/S/_____
                                        GRAHAM E. ARCHER
                                        Counsel for Gonzalo Reyes De La Cruz

Dated:  September 25, 2012              _____/S/_____
                                        JAMES MCNAIR THOMPSON
                                        Counsel for Francisco Reyes De La Cruz

Dated:  September 25, 2012              _____/S/_____
                                        MICHELLE D. SPENCER
                                        Counsel for Enrique Reyes De La Cruz

Dated:  September 25, 2012              _____/S/_____
                                        OWEN P. MARTIKAN
                                        Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for September 26, 2012, shall be continued to October 24, 2012, at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between September 26, 2012 , and October 24, 2012 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The end ends of justice served by excluding the time

- 2 -

Stipulation and [Proposed] Order Continuing Hearing

between September 26, 2012, and October 24, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between September 26, 2012, and October 24, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: September 25, 2012

THE HONORABLE LUCY H. KOH
United States District Judge